# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JAWBONE INNOVATIONS, LLC, | § § § | Case No. 2:23-cv-00082-JRG-RSP |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| ZTE CORPORATION, | § § § | |
| Defendant. | § § § § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AS TO INFRINGEMENT AND INVALIDITY CONTENTIONS

Before the Court is the parties' Joint Motion for Extension of Time as to Infringement and Invalidity Contentions (the "Motion"). In the Motion, the parties request an extension of time for Plaintiff Jawbone Innovations, LLC ("Jawbone") to comply with Local Patent Rules ("P.R.") 3-1 and 3-2 until January 18, 2024, and for Defendant ZTE Corporation ("ZTE") to comply with P.R. 3-3 and 3-4 (invalidity contentions) until March 15, 2024.

Having considered the Motion, and noting its joint nature, the Court finds it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Jawbone's deadline to comply with P.R. 3-1 and 3-2 is **extended** until January 18, 2024, and ZTE's deadline to comply with P.R. 3-3 and 3-4 is **extended** until March 15, 2024.

1